IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Carole Herbster, Alex Schap, and Charles Schap, | |
| Plaintiffs, | Case No.:1:16-CV-11555 |
| v. | |
| 3550 Condominium Association; DK Condo, A Draper and Kramer Company, | |
| Defendants. | |

# DEFENDANTS 3550 CONDOMINIUM ASSOCIATION AND DK CONDO, A DRAPER AND KRAMER COMPANY'S MOTION TO DISMISS

Defendants, 3550 CONDOMINIUM ASSOCIATION and DK CONDO, A DRAPER AND KRAMER COMPANY, (collectively "Defendants"), by their attorneys, move this Court to dismiss Plaintiffs' Complaint in its entirety with prejudice pursuant to Fed. R. Civ. P. 12(b)(6). In support thereof, Defendants state as follows:

1. Count I of Plaintiffs' Complaint alleges that Defendants discriminated against Plaintiffs in the terms, conditions, or privileges of their condominium due to Plaintiff Herbster's handicap, in violation of 42 U.S.C. § 3604(f). Because Defendants offered Plaintiffs a reasonable accommodation and no further accommodation is necessary, their claim should be dismissed with prejudice pursuant to Fed. R. Civ. P. 12(b)(6).

2. Count II of Plaintiffs' Complaint alleges that Defendants violated 42 U.S.C. § 3604(c) by making discriminatory statements. Because Defendants' alleged comments were not made with respect to the sale or rental of a dwelling, their claim should be dismissed with prejudice pursuant to Fed. R. Civ. P. 12(b)(6).

3. Count III of Plaintiffs' Complaint alleges that Defendants harassed Plaintiffs in violation of 42 U.S.C. § 3617 by imposing restrictions on them when they were with their animal. Because Defendants made a reasonable accommodation to Plaintiffs and because Defendants lacked any intent to discriminate, Plaintiffs' claim should be dismissed with prejudice pursuant to Fed. R. Civ. P. 12(b)(6).

WHEREFORE, for these reasons and as set forth more fully in its Memorandum in Support, Defendants respectfully request that this Court grant its Rule 12(b)(6) Motion to Dismiss Plaintiffs' Complaint in its entirety.

Respectfully Submitted

By: /s/*Rebecca Rothmann*

Rebecca Rothmann
Alexander L. Reich
Wilson Elser Moskowitz Edelman & Dicker LLP
55 West Monroe Street, Suite 3800
Chicago, Illinois 60603-5016
312.704.0550 p | 312.704.1522 f
rebecca.rothmann@wilsonelser.com
alexander.reich@wilsonelser.com

## **CERTIFICATE OF SERVICE**

   I hereby certify that on February 14, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties of record.

   Parties may access this filing through the Court's system.

                  *Alexander L. Reich*
                   Alexander L. Reich