**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2**
**Eastern Division**

Carole Herbster, et al.

                      Plaintiff,

v.                                                     Case No.: 1:16−cv−11555
                                                           Honorable Joan B. Gottschall

3550 Condominium Association, et al.

                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, September 25, 2017:

      MINUTE entry before the Honorable Joan B. Gottschall: Defendants' Motion to Dismiss (ECF No. [8]) Counts I and III is denied. The Motion to Dismiss Count II is granted. A status hearing is set for October 11, 2017 at 9:30 AM. Enter Order.Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.