

South Tower Lobby

Passenger Elevators

Service Elevator

**GROUND FLOOR**                                        # 1



EXHIBIT
Group
B





Service Elevator

SOUTH TOWER                                                    # 3





SERVICE CORRIDOR

# 5



GROUND FLOOR                                                    # 6



GROUND FLOOR – BROMPTON STREET   # 7

