IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CAROLE HERBSTER, ALEX SCHAP, AND CHARLES SCHAP, <br><br> Plaintiffs, <br><br> v. <br><br> 3550 CONDOMINIUM ASSOCIATION; DK CONDO, A DRAPER AND KRAMER COMPANY, <br><br> Defendants. | Case No.:16-CV-11555 |

**DEFENDANTS' UNOPPOSED MOTION TO CONTINUE THE HEARING ON THE PARTIES' CROSS MOTIONS FOR SUMMARY JUDGMENT**

Defendants, 3550 Condominium Association and DK Condo, Draper and Kramer Company, for their Motion to Continue the Hearing on the Parties' Cross Motions for Summary Judgment, state as follows:

1. On January 15, 2020 this Court entered an order that inter alia scheduled a hearing on the parties' Cross Motions for Summary Judgment for February 6, 2020. (Doc. No. 63.)

2. The two lead counsel representing Defendants in this matter and whom were primarily involved in drafting of Defendants' briefs in support of their Motion for Summary Judgment and in opposing to Plaintiffs' Motion for Summary Judgment both have previously scheduled commitments on February 6, 2020.

    a. Rebecca M. Rothmann is scheduled to take her father to an appointment with a surgeon, which cannot be rescheduled.

    b. Lisa Handler Ackerman has a mediation scheduled before Retired Judge James Holderman in the case of *Francesca Graziano, individually and on behalf of similarly*

2844826v.1

*situated individuals v. Royal Die & Stamping, LLC*, Circuit Court of the Eighteenth Judicial Circuit, Case No. 2019-L-000169.

3.  Counsel for Defendants conferred with Plaintiffs' counsel who advised that they do not oppose this Motion.

4.  Defendants respectfully request that this Court re-set the hearing on the parties' Cross Motions for Summary Judgment.

WHEREFORE, Defendants, 3550 Condominium Association and DK Condo, Draper and Kramer Company, respectfully request that this Court grant their Motion to Continue the Hearing on the Parties' Cross Motions for Summary Judgment.

Respectfully submitted.

**3550 Condominium Association and DK Condo, a Draper and Kramer Company, Defendants**

By: /s/Lisa Handler Ackerman
One of their attorneys

Rebecca M. Rothmann
Lisa Handler Ackerman
Wilson Elser Moskowitz Edelman & Dicker LLP
55 West Monroe Street, Suite 3800
Chicago, Illinois 60603-5016
312.704.0550 phone | 312.704.1522 fax
rebecca.rothmann@wilsonelser.com
lisa.ackerman@wilsonelser.com

2844826v.1

**CERTIFICATE OF SERVICE**

I hereby certify that on January 29, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties of record. Parties may access this filing through the Court's system.

                                                                                              */s/Nicole Born*