IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Carole Herbster, Alex Schap, Charles Schap )<br>Plaintiffs )<br>)<br>Vs )<br>)<br>3550 Condominium Association; )<br>DK Condo, A Draper and Kramer Company, )<br>Defendants ) | 16 CV 11555 |

## SUGGESTION OF DEATH UPON THE RECORD

Counsel for Plaintiffs in the above-referenced action gives notice and suggest upon the record, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, the death of Carole Herbster, a plaintiff in this action. Carole Herbster passed away on February 1, 2020.

Dated: February 4, 2020                                          Respectfully Submitted,

                                                                                  /s/ Mary Rosenberg
                                                                                  One of the Attorneys for Plaintiff

Mary Rosenberg
Charles Petrof
Ken Walden
Access Living of Metropolitan Chicago
115 W. Chicago
Chicago, Illinois 60654
mrosenberg@accessliving.org
(312)640-2155

## CERTIFICATE OF SERVICE

I hereby certify that, on February 4, 2020 I filed electronically the foregoing with the Clerk of the Court using the CM/ECF system. Notice of this filing is sent to the parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                                                  /s/ Mary Rosenberg
                                                                                  One of the Attorneys for Plaintiffs