UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.2
Eastern Division

Carole Herbster, et al.
                                             Plaintiff,

v.                                           Case No.: 1:16−cv−11555
                                             Honorable Steven C. Seeger

3550 Condominium Association, et al.
                                             Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, March 2, 2020:

    MINUTE entry before the Honorable Steven C. Seeger: The parties reported to Judge Jantz that they have settled in principle. (Dckt. No. [74]) The parties later filed a status report and reaffirmed that they have settled in principle, and that they are "in the process of reducing the agreement to writing." (Dckt. No. [75]) In light of those representations, the Court hereby dismisses this case without prejudice. The dismissal shall automatically convert to a dismissal with prejudice and without costs or attorneys' fees on April 30, 2020, unless the parties file a motion and obtain further relief from this Court. The motions for summary judgment (Dckt. Nos. [42],[45]) are denied as moot. The status hearing on March 4, 2020 is hereby stricken. Civil case terminated. Mailed notice. (jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.