IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Carole Herbster, Alex Schap, Charles Schap; | ) ) ) | |
| Plaintiffs | ) ) | |
| vs. | ) ) | No. 16-cv-11555 |
| 3550 Condominium Association; DK Condo, a Draper and Kramer Company | ) ) ) ) ) | |
| Defendants | ) | |

**AGREED MOTION TO LIFT**
**DISMISSAL WITH PREJUDICE**

The parties, in support of their Agreed Motion to Lift Dismissal with Prejudice state as follows:

1. At a status hearing before Magistrate Judge Jantz on February 20, 2020 the parties reported to the Court that they had reached a settlement in principle.

2. On March 2, 2020, this Court dismissed the instant action without prejudice, which would convert to a dismissal with prejudice on Thursday, April 30, 2020. Dkt. at 76.

3. The parties have been working since the February 20, 2020 status to put together a written settlement agreement, but do not have a finalized agreement yet.

4. The parties would like 30 more days for the case to convert to a dismissal with prejudice so the parties may have an opportunity to finalize and execute the agreement.

WHEREFORE, the parties respectfully request that this Court extend the date for dismissal with prejudice 30 days, or until May 30, 2020.

Dated: April 29, 2020

Respectfully Submitted,

 /s/ Mary Rosenberg
Mary Rosenberg
Access Living of Metropolitan Chicago
115 W. Chicago
Chicago, Illinois 60654
mrosenberg@accessliving.org
(312) 640 – 2155

 /s/ Rebecca Rothmann
Rebecca Rothmann
Wilson Elser Moskowitz Edelman & Dicker LLP
55 West Monroe Street - Suite 3800
Chicago, IL 60603-5001
Rebecca.Rothmann@wilsonelser.com
(312) 821-6148